UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

CITATION/CASE NO. __5:10-cr-2 JLT__

U.S.A.

v.

__Daniel Martinez__

[ ORDER TO PAY ]

(this area intentionally left blank)

---

YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:

(✓) FINE of $ __25.00__    (✓) ~~Penalty~~ Special ASSESSMENT of $ __25.00__

( ) PROCESSING Fee of $ _____    for a **TOTAL AMOUNT** of $ __50.00__ ,

paid within __30__ (days)/ ~~months~~ OR payments of $ _____ per month, commencing

_____ and due on the _____ of each month until **PAID IN FULL** - note late payments could be subject to late/delinquent charges imposed by C.V.B..

( ) REVIEW/Post Sentencing HEARING DATE: _____ at _____ a.m. / p.m. in Dept. _____
( ) Compliance HEARING: _____ at _____ a.m. / p.m. in Dept. _____
(✓) RESTITUTION __$1,000.00 payable to Edwards AFB__
( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____
to be completed by _____ with Proof mailed to the Clerk of the Court.
( ) Traffic School By: _____ with Proof mailed to _____
( ) PROBATION to be unsupervised / supervised for: _____

Payments must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (check one):

[ ] CENTRAL VIOLATIONS BUREAU
PO Box 70939
Charlotte, NC 28272-0939
1-800-827-2982

[ ] CLERK, U.S.D.C.
501 'I' St., #4-200
Sacramento, CA 95814

[✓] CLERK, U.S.D.C.
2500 Tulare St., Rm 1501
Fresno, CA 93721

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: __4/1/2010__    _____ Alan C. Leon-Guerrero
for: U.S. MAGISTRATE JUDGE

EDCA - Rev 4/2007

Court copy